# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1302
LT Case No. 1989-CF-000708

_____

THEODORE ELWOOD GIBBS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 appeal from the Circuit Court for Hernando County.
Daniel B. Merritt, Jr., Judge.

Theodore Elwood Gibbs, Lowell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


October 24, 2023


PER CURIAM.

AFFIRMED.


MAKAR, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____